**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  13-cr-00365-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  OSCAR CHAPARRO-RAMIREZ,

      Defendant.

---

**ORDER**

---

      Pursuant to and in accordance with the sentencing hearing held before the

Honorable Robert E. Blackburn, United States District Judge, on December 17, 2013,

      **IT IS ORDERED** that Defendant Oscar Chaparro-Ramirez is sentenced to **time

served**.

      Dated:  December 17, 2013

                           BY THE COURT:


                           s/ Robert E. Blackburn
                           ROBERT E. BLACKBURN,
                           UNITED STATES DISTRICT JUDGE